UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**06 CR 10181 WGY**

UNITED STATES OF AMERICA,
)
) Criminal No.
v.
)
) VIOLATIONS:
DEMONE COLEMAN
)
)
) 21 U.S.C. § 844
) Possession of more than 5
) grams of cocaine base
)
) 21 U.S.C. § 853--
) Criminal Forfeiture

## INDICTMENT

**COUNT ONE:** **(21 U.S.C. § 844 -- Possession of Cocaine Base)**

The Grand Jury charges that:

On or about May 3, 2006 at Boston, in the District of Massachusetts,

**DEMONE COLEMAN,**

the defendant herein, did knowingly and intentionally possess a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

All in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

1.  As a result of the offense alleged in Count 1 of this Indictment,

**DEMONE COLEMAN,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

2

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS     June 21, 2006

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk   6/21/06
              @ 11:43 AM

4

JS 45 (5/97) - (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet  06 CR 10181 WGY  U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** BPD

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Demone Coleman  **Juvenile** ☐ Yes  ☒ No

**Alias Name**

**Address** 134 Greenwood Street, Dorchester MA

**Birth date (Year only):** 1979  **SSN (last 4 #):** 5674  **Sex** M  **Race:** Black  **Nationality:**

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:**

## U.S. Attorney Information:

**AUSA** John A. Wortmann, Jr.  **Bar Number if applicable** 534860

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:**

**Victims:** ☐ Yes ☒ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes

☐ Regular Process  ☐ In Custody

## Location Status:

**Arrest Date:**

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Nashua Street Jail  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6·21·06  **Signature of AUSA:**

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Demone Coleman

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 844 | Possession of more than 5 grams of cocaine base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**