AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES OF AMERICA
v.
DEMONE COLEMAN

**WARRANT FOR ARREST**

Case Number: 06 CR 10281 WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DEMONE COLEMAN**
                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

POSSESSION OF MORE THAN 5 GRAMS OF COCAINE BASE

in violation of Title  21  United States Code, Section(s)  844

Name of Issuing Officer
**HON. ROBERT B. COLLINGS**
**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Signature of Issuing Officer

JUN 21 2006
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY detainer PICKUP BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 7/6/06 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

1184409

AO 442 (Rev. 10/03) Warrant for Arrest

06 CR 10181 WGY

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: DEMONE COLEMAN

ALIAS: _____

LAST KNOWN RESIDENCE: 134 Greenwood Street, Dorchester, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 04/12/1979

SOCIAL SECURITY NUMBER: 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

HEIGHT: _____ WEIGHT: _____

SEX: Male RACE: Black

HAIR: Black EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: BPD