UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 06-10181-WGY
)
DEMONE COLEMAN, )
)
Defendant. )

## MOTION TO SEAL
## *EX PARTE* MOTION FOR AUTHORIZATION OF CJA FUNDS

Defendant Demone Coleman hereby requests that the Court seal, until final disposition of the case, the within *Ex Parte* Motion for Authorization of CJA Funds and accompanying application. Pursuant to the Judicial Conference's *Guidelines for the Administration of the Criminal Justice Act* § 3.03, such applications for services "shall be placed under seal until the final disposition of the case in the trial court" (emphasis added) in order to prevent revealing the defendant's trial strategy.

WHEREFORE, the defendant requests that the Court seal, until final disposition, his *ex parte* motion and application for funds.

Respectfully submitted,

DEMONE COLEMAN

By his attorney,

_____
Mark D. Smith, BBO # 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: February 16, 2007