Date: January 22, 2008

IN CLERKS OFFICE

2008 JAN 28 P 1: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

Hon. <u>William G. Young</u>
c/o _____
Deputy Clerk
United States District Court

Dear <u>Judge Young</u> ::

    I was sentenced by Judge <u>(Your Honor)</u> on <u>06-CR10181-WGY</u> based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I <u>x</u> do __ do not wish to be represented by the same lawyer who represented me at my original sentencing.

                                Sincerely,

                                Mr. Demone Coleman

Name: <u>Mr. Demone Coleman, Reg. No. 26084-038</u>

Address: <u>P.O. Box 1000, USP Lewisburg</u>

         <u>Lewisburg, PA. 17837</u>

Telephone: _____