Mr. Ronnie Morris
Reg. No. 11440-055
FCI Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640

December 09, 2009

Office of the Clerk of Court
United States District Court
John Joseph Moakley
Unitedstates Courthouse
1 Courthouse Way - Suite No. 2300
Boston, Massachusetts 02210

RE: United States -v- Demone Coleman
Criminal Action No. 06-10181-WGY
(D.Mass. 1-29-09) 594 F.Supp.2d 164

Dear Sirs/Madam:

It would be deeply appreciated if your office would please consider providing me with the complete mailing address of attorney Mr. Mark D. Smith, Laredo & Smith, LLP, Boston, Massachusetts so that I may contact him regarding the within mentioned matter.

Thanking your office in advance for its utmost concern and sincere efforts regarding my request and trust I shall be hearing from your office as soon as time permits. Wishing you a Merry Christmas and a Joyous New Year!

Very truly yours,

Ronnie Morris

cc: RM/rm
    Files