UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-10181-WGY |
| DEMONE COLEMAN, | ) ) ) | |
| Defendant. | ) ) | |

## **NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE COURT:

Please be advised that the undersigned attorney for the defendant Demone Coleman has relocated to the following new address and telephone number:

        Mark D. Smith (BBO# 542676)
        LAREDO & SMITH, LLP
        101 Federal Street, Suite 650
        Boston, MA  02110
        Tel:  (617) 443-1100
        Fax:  (617) 443-1174
        smith@laredosmith.com

        Respectfully submitted,

        DEMONE COLEMAN

        By his attorney,

        /s/ Mark D. Smith
        Mark D. Smith (BBO# 542676)
        LAREDO & SMITH, LLP
        101 Federal Street, Suite 650
        Boston, MA  02110
        Tel:  (617) 443-1100
        Fax:  (617) 443-1174

Dated:  December 22, 2011

## CERTIFICATE OF SERVICE

  I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

            /s/ Mark D. Smith
            Mark D. Smith

Dated: December 22, 2011