UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____

CRIMINAL NO. 06-10181-WGY
_____

UNITED STATES

v.

DEMONE COLEMAN

_____

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendant Demone Coleman ("Defendant") hereby appeals to the United States Court of Appeals for the First Circuit from this Court's December 27, 2011 Order denying Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2).

                                  Respectfully submitted,
                                  DEMONE COLEMAN
                                  By his Attorney,

                                  /s/ Mark D. Smith
                                  Mark D. Smith, BBO No. 542676
                                  Laredo & Smith, LLP
                                  101 Federal Street, Suite 650
                                  Boston, MA 02110
                                  (617) 443-1100

Dated: January 3, 2012

CERTIFICATE OF SERVICE

       I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           /s/ Mark D. Smith
                                           Mark D. Smith

Dated: January 3, 2012