# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number: 06-cr-10181
USCA Docket Number: 12-1047

United States of America

v.

Demone Coleman

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

      I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __ X __ paper documents ____ electronic documents:

**Main Documents:**

      Document Numbers: _____

**Other Documents:**

      Sealed Records:

      Document Numbers: 12, 13, 18, 19 _____

      *Ex parte* Records:

      Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

      In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/5/2012__.

SARAH ALLISON THORNTON,
Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/5/12 .

Deputy Clerk, US Court of Appeals