# United States Court of Appeals
## For the First Circuit

No. 12-1047

UNITED STATES

Appellee

v.

DEMONE COLEMAN

Defendant - Appellant

**MANDATE**

Entered: July 10, 2013

    In accordance with the judgment of June 12, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


                         By the Court:

                         /s/ Margaret Carter, Clerk


cc:
Dina Michael Chaitowitz
Demone Coleman
John Albert Wortmann Jr.