

# M E M O R A N D U M

To: The Honorable William G. Young, U.S. District Judge
From: Lisa M. Paiva, U.S. Probation Officer
Re: **COLEMAN, Demone**
**Dkt No. 1: 06 CR 10181 - 01**
**Request to Suspend Restitution Payments**
Date: January 23, 2014

On February 1, 2007, Demone Coleman appeared before Your Honor having previously pled guilty to Possession of Cocaine Base, in violation of 21 USC § 844, and was subsequently sentenced to 96 months custody of the Bureau of Prisons to be followed by 36 months of supervised release. The Court also ordered a fine in the amount of $1,000, to be paid according to a court ordered payment schedule. On February 9, 2009, Mr. Coleman's sentence of imprisonment was reduced to 87 months, pursuant to the Crack Cocaine Amendments.

The purpose of this memorandum is to respectfully request that Your Honor temporarily suspend Mr. Coleman's fine payments. On July 19, 2013 the defendant commenced his term of supervised release. After an initial period of unemployment, Mr. Coleman secured employment at as a laborer with Boston Solar in late September 2013. Prior to completing a complete full review of his financial ability to pay, Mr. Coleman was laid off. He remains unemployed at this time.

Given the circumstances, our office is recommending the Court suspend the defendant's restitution payments at this time. Once he is gainfully employed, the Probation Office will complete an updated financial analysis to determine his ability to pay. If Your Honor agrees with our recommendation, please affix your signature below.

Reviewed and Approved by:

*/s/ Joseph LaFratta*
Joseph LaFratta
Supervising U.S. Probation Officer

I concur          ✓
I do not concur   _____

*William A. Young*
The Honorable William G. Young
U.S. District Judge