AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Demone Coleman<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:06-cr-10181-WGY-1 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Courtroom No.: 18, 5th Floor |
|---|---|
| | Date and Time: 05/13/2014 2:30 pm |

This offense is briefly described as follows:
Violation of Supervised Release conditions.


Date: 04/30/2014

*Issuing officer's signature*

Jennifer Gaudet – Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted


Date: _____

*Server's signature*

*Printed name and title*