UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  06-10181-WGY |
| | ) | |
| | ) | |
| DEMONE COLEMAN | ) | |

**JOINT MOTION TO CONTINUE**
**SUPERVISED RELEASE REVOCATION HEARIN SEPTEMBER, 2014 PENDING**
**RESOLUTION OF STATE COURT CASE**
**(WITH THE ASSENT OF PROBATION)**

Now come the parties to this action and, with the concurrence of United States Probation, jointly move to continue the Supervised Release Revocation Hearing presently scheduled for June 12, 2014 until a date convenient for the Court in September, 2014 to permit the resolution of the state court case pending against the defendant in Stoughton District Court.

As ground for this motion, the parties state as follows:

1. On April 15, 2014, United States Probation filed a Petition requesting that the Court summons the defendant to answer to a Petition regarding a potential breach of his supervised release conditions.   The only violation noted was a case pending against the defendant in Stoughton District Court charging that, on April 9, 2014, the defendant was in possession of five counterfeit $20 bills.

2.  The case in Stoughton District Court remains pending.   The defendant appeared on a summons as required and was released on personal recognizance.   The matter is presently continued until July 9, 2014 for a conference on discovery matters.

3.  Both the parties and United States Probation believe that the Supervised Release Petition should be continued generally to allow the state court case to proceed.   That belief is

1

based on the nature of the underlying proceeding and the fact that the defendant is otherwise in compliance with his supervised release conditions and has been in compliance since commencing his supervision in July, 2013.

4. In the event that the defendant accrues any additional violations, Probation will notify the Court so that it may consider bringing any and all outstanding violations forward. However, all parties believe that, at present, it is in the interest of justice to continue the pending revocation hearing to allow the state court case to proceed.

5. As set forth above, the parties have consulted with United States Probation Officer Lisa Paiva who joins in the requested continuance.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617) 748-3207

/s/ Mark Smith
Mark D Smith
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02110
617-443-1100
COUNSEL FOR DEMONE COLEMAN

CERTIFICATE OF SERVICE

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/S John A. Wortmann, Jr. 5-5-14
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney