# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                          CRIMINAL NO. 06-10181-WGY

DEMONE COLEMAN,
    Defendant.

## *ORDER AFTER APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE*

COLLINGS, U.S.M.J.

The defendant appeared on July 3, 2014 pursuant to a petition alleging that he violated the terms of his supervised release. The Court appointed counsel.

The defendant was released on conditions of release. As a consequence, he is not entitled to a preliminary hearing.

The defendant is ORDERED to appear for a final revocation hearing before Judge William G. Young at the John Joseph Moakley United States

Courthouse, Boston, Massachusetts *on Thursday, September 18, 2014 at 2:00 P.M.*

All papers are RETURNED to the Clerk's Office. The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Bowler."[1]

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

July 3, 2014.

---

[1] The undersigned handled the case on July 3, 2014 because Judge Bowler was not in her office on that date.