# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

2014 JUL 16 A 11: 33

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 06-cr-10181-WGY |
| | ) | |
| DEMONE COLEMAN | ) | |
| *Defendant* | ) | |

RECEIVED 2015 JUN 27 P 1:54 U.S. MARSHAL SERVICE BOSTON, MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DEMONE COLEMAN, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release.

Date: 06/27/2014

*Issuing officer's signature*

City and state: Boston, MA

Jennifer Gaudet - Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/27/14, and the person was arrested on *(date)* 7/3/14
at *(city and state)* Mattapan, MA.

Date: 7/3/14

A TRUE COPY
ATTEST:
U.S. MARSHAL SERVICE

*Arresting officer's signature*

*Printed name and title*

WARRANT EXECUTED BY Josh Loutfik /USM
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/3/14