UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEMONE COLEMAN, )<br>)<br>Defendant. )<br>) | Crim. No. 06-10181-WGY |

**ASSENTED TO MOTION
TO CONTINUE FINAL REVOCATION HEARING**

Defendant Demone Coleman respectfully requests to continue his final revocation hearing for 60 days from September 17, 2014 to a date convenient for the Court during the week of November 17, 2014.  As grounds, Mr. Coleman states additional time is necessary to resolve the pending state district court cases, which may be dispositive of the pending matter.  The Government assents to this request.

WHEREFORE, Mr. Coleman requests that his assented to motion is allowed.

Respectfully submitted,

DEMONE COLEMAN

By His Attorney,

/s/ Mark D. Smith
Mark D. Smith, BBO No. 542676
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 443-1100
smith@laredosmith.com

Dated: September 5, 2014

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, paper copies will be sent via first class mail on September 5, 2014 to those indicated as non-registered participants.

                                            /s/ Mark D. Smith
                                            Mark D. Smith

September 5, 2014