UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) Crim. No. 06-10181-WGY |
| DEMONE COLEMAN, | ) ) ) |
| Defendant. | ) ) |

**ASSENTED TO MOTION**
**TO CONTINUE FINAL REVOCATION HEARING**

Defendant Demone Coleman respectfully requests to continue his final revocation hearing from January 13, 2015 to a date convenient for the Court during the week of February 16, 2015. As grounds, Mr. Coleman states additional time is necessary to resolve a pending state district court case, which may be dispositive of the pending matter. Mr. Coleman's state case has been continued to January 27, 2015. The Government assents to this request.

WHEREFORE, Mr. Coleman requests that his assented to motion is allowed.

    Respectfully submitted,

    DEMONE COLEMAN

    By His Attorney,

    /s/ Mark D. Smith
    Mark D. Smith, BBO No. 542676
    Laredo & Smith, LLP
    101 Federal Street, Suite 650
    Boston, MA 02110
    (617) 443-1100
    smith@laredosmith.com

Dated: January 12, 2015

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ Mark D. Smith
                                                  Mark D. Smith

Dated: January 12, 2015