UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | Crim. No. 06-10181-WGY |
| DEMONE COLEMAN, | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED TO MOTION**
**TO CONTINUE FINAL REVOCATION HEARING**

Defendant Demone Coleman respectfully requests to continue his final revocation hearing from February 19, 2015 to a date convenient for the Court during the week of May 11, 2015. As grounds, Mr. Coleman states additional time is necessary to resolve a pending state district court case, which may be dispositive of the pending matter. As a result of the recent weather, Mr. Coleman's state case has been continued to May 6, 2015. The Government assents to this request.

WHEREFORE, Mr. Coleman requests that his assented to motion is allowed.

Respectfully submitted,

DEMONE COLEMAN

By His Attorney,

/s/ Mark D. Smith
Mark D. Smith, BBO No. 542676
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 443-1100
smith@laredosmith.com

Dated: February 11, 2015

CERTIFICATE OF SERVICE

       I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                               /s/ Mark D. Smith
                                               Mark D. Smith

Dated February 11, 2015